```
              N THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

CHARLES D. BAILEY                                                                    PLAINTIFF

vs.                                         Civil No. 2:11-cv-02118

MICHAEL J. ASTRUE                                                                    DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 29th day of May 2012.**

                                                                  s/ Barry A. Bryant  
                                                                  HON. BARRY A. BRYANT  
                                                                  U. S. MAGISTRATE JUDGE